**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. |
| BEACH COMMUNITY | ) |  |
| BANCSHARES, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor Beach Community Bancshares, Inc. ("BCB" or the "Debtor") in accordance with the administrative orders of the Court provides the following case management summary:

1. Description of Debtor's Business:  The Debtor is a bank holding company.

2. Location of Operations:  17 SE Eglin Parkway, Fort Walton Beach, FL 32548.

3.  Reason for Filing Chapter 11:  To carry out the sale of the Debtor's sole asset and permit the recapitalization of its subsidiary bank.

4. Directors:

Joseph W. Henderson
A. Anthony Hughes
Charles W. Clary III
Julian B. MacQueen
C. LeDon Anchors

President and Chief Executive Officer:

A. Anthony Hughes

The officers and directors of the holding company do not receive compensation from the Debtor.

5.  Annual Gross Revenues: Less than $10,000.

6. Amounts owed to Creditors.

The Debtor owes $14,691,584 to the holders of its unsecured Trust Preferred Securities.  The Debtor has no other creditors.

7. Description and Value of Assets. 100% of the stock in Beach Community Bank; $850,000 – based on current purchase offer..

8. Number of Employees:  The Debtor has no employees.

9. General Description and approximate value of Debtor's current and fixed assets.  The Debtor's only asset is common stock in Beach Community Bank valued at approximately $850,000.

10. Requested Emergency Relief

A. Entry of Bidding Procedures Order to govern sale of shares in subsidiary;

B. Bank Account Motion allowing continued use of pre-petition account.

Beach Community Bancshares, Inc.

By its attorneys,

_/s/ CHARLES F. BEALL, JR._
CHARLES F. BEALL, JR.
FLORIDA BAR NO. 66494
MOORE, HILL & WESTMORELAND, P.A.
350 W. CEDAR STREET, SUITE 100
POST OFFICE BOX 13290
PENSACOLA, FL 32591-3290
TELEPHONE:  (850) 434-3541
CBEALL@MHW-LAW.COM
JPINETTE@MHW-LAW.COM
LJOHNSON@MHW-LAW.COM

Peter J. Haley
Mass. Bar No. 543858
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(617) 271-4714
(617) 217-4750 (fax)
peter.haley@nelsonmullins.com
J. Brennan Ryan
Thomas D. Powell
Nelson Mullins Riley & Scarborough LLP
Georgia Bar No. 701563
201 17th Street NW
Suite 1700
Atlanta, GA 30363
(404) 322-6268
(404) 322-6050 (fax)
brennan.ryan@nelsonmullins.com
thomas.powell@nelsonmullins.com

_Proposed Counsel for the Debtor and Debtor
in Possession_

Dated: April 9, 2018